# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**212**
**CA 15-00804**

PRESENT: SMITH, J.P., PERADOTTO, NEMOYER, CURRAN, AND SCUDDER, JJ.

---

DARA R. CUNNINGHAM, PLAINTIFF-APPELLANT,

V                                                                    MEMORANDUM AND ORDER

ARLYN C. CUNNINGHAM, JR., DEFENDANT-RESPONDENT.
(APPEAL NO. 2.)

---

MICHAEL STEINBERG, ROCHESTER, FOR PLAINTIFF-APPELLANT.

J. SCOTT PORTER, SENECA FALLS, FOR DEFENDANT-RESPONDENT.

TIFFANY M. SORGEN, ATTORNEY FOR THE CHILD, CANANDAIGUA.

-------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Yates County (Dennis F. Bender, A.J.), entered February 13, 2015. The order denied the motion of plaintiff seeking leave to renew.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same memorandum as in *Cunningham v Cunningham* ([appeal No. 3] ___ AD3d ___ [Mar. 25, 2016]).

Entered: March 25, 2016                                    Frances E. Cafarell
                                                           Clerk of the Court